**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1571

FORD FAMILY,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF DEFENSE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-cv-00357-M)

Submitted:  February 21, 2023                    Decided:  February 23, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ford Family, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Ford Family ("Ford") seeks to appeal the district court's order dismissing Ford's complaint for failure to state a claim, and appeals the order denying Ford's postjudgment motions. Because the notice of appeal was filed more than 60 days after the court entered the order dismissing the complaint, that order is not properly before this court. *See* Fed. R. App. P. 4(a)(1)(B). With respect to the court's order denying Ford's postjudgment motions, we have reviewed the record and find no reversible error. We therefore affirm the district court's postjudgment order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*